

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2024

No. 04-22-00669-CR

Arnoldo A. **ALMEIDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR7294
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

Court-appointed counsel filed an *Anders* brief and a motion to withdraw. Because there is an arguable ground for appeal, we GRANT Vincent D. Callahan's motion to withdraw.

We WITHDRAW our May 3, 2023 submission date, ABATE this appeal, and REMAND the cause.

We ORDER the trial court to (1) appoint a different attorney to represent Appellant on appeal and (2) notify this court of the appointment by **March 2, 2024**.

If Appellant wishes to prosecute this appeal, new appellate counsel must file a brief that addresses the issue we have identified and any other arguable grounds for appeal.

Appellant's brief is due THIRTY DAYS after the trial court's order appoints new counsel.

It is so **ORDERED** on January 17, 2024.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2024.

Michael A. Cruz, Clerk of Court